United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUNG HSING GER, ) | Case No.: 12-CV-04612-LHK |
| Plaintiff, ) | |
| ) | ORDER VACATING HEARING ON |
| v. ) | MOTION TO REMAND AND CASE |
| ) | MANAGEMENT CONFERENCE |
| SAFEWAY, INC., ) | |
| Defendant. ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for determination without oral argument. Accordingly, the hearing and case management conference set for January 10, 2013, are hereby VACATED. The Court will issue an order on the Motion to Remand shortly.

**IT IS SO ORDERED.**

Dated: January 8, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

12-CV-04612-LHK
ORDER VACATING HEARING ON MOTION TO REMAND AND CASE MANAGEMENT CONFERENCE